10 So.2d 838

### Lonus GILBERT v. STATE.

7 Div. 723.

Supreme Court of Alabama.

Nov. 12, 1942.

Rehearing Denied Dec. 22, 1942.

H. H. Conway, of Albertville, and Scruggs & Creel, of Guntersville, for petition.

Wm. N. McQueen, Atty. Gen., opposed.

560

BOULDIN, Justice.

Petition of Lonus Gilbert for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Gilbert v. State, 30 Ala.App. 592, 10 So.2d 838.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.